**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ERIC L. ALLEN**                                                                       **PLAINTIFF**

V.                           No. 4:10CV01452 SWW-BD

**KARL BYRD,** *et al.*                                                              **DEFENDANTS**

### ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's claims against Defendant Byrd are DISMISSED without prejudice and Defendant Byrd is dismissed as a party Defendant. Plaintiff's claim regarding the failure of Defendants Brown, Givens, Randall, and Porter to respond to Plaintiff's grievances is DISMISSED with prejudice and Defendants Brown and Randall are dismissed as party Defendants. Finally, Plaintiff's conditions of confinement claim is DISMISSED with prejudice.

It IS SO ORDERED this 22nd day of November, 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE