## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERIC L. ALLEN**                                                      **PLAINTIFF**

**V.**                          **No. 4:10CV01452 BD**

**KARL BYRD,** *et al.*                                          **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case should be, and hereby is, DISMISSED

WITH PREJUDICE.

IT IS SO ORDERED this 29th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE